Jonathan A. Stieglitz, Esq.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A.STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Telephone:  (323) 979-2063
Facsimile:   (323) 488-6748
*Attorney for Plaintiff*

LAWRENCE K. IGLESIAS, ESQ.
Liglesias@ellislawgroup.com
ELLIS LAW GROUP, LLP
1425 River Park Drive, Suite 400
Sacramento, CA 95815
Telephone:  (916) 283-8820
Facsimile:  (916) 283-8821
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| SAMANTHA WATERS, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>-against-<br><br>HERBERT P. SEARS CO, INC. dba HP SEARS and JOHN DOES 1-25,<br>           Defendant. | Case No.: 5:18-cv-01290-CBM-SHK<br><br>**The Hon. Consuelo B. Marshall**<br><br>**ORDER FOR CASE DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:  6/13/17 |

THE COURT having reviewed the Parties' Joint Stipulation for Dismissal

With Prejudice, and being fully advised in the premises, DOES HEREBY ORDER,

that the Case is dismissed with prejudice with each party to bear their respective

costs and fees

BY THE COURT:

December 17, 2018

DATE:_____

HON. Consuelo B. Marshall